# United States Court of Appeals
## For the First Circuit

Nos. 20-1373, 20-1379

MELODY CUNNINGHAM, individually and on behalf of all others
similarly situated; FRUNWI MANCHO, individually and on behalf of
all others similarly situated,

Plaintiffs, Appellees/Cross-Appellants,

MARTIN EL KOUSSA, individually and on behalf of all others
similarly situated; VLADIMIR LEONIDAS, individually and on
behalf of all others similarly situated,

Plaintiffs,

v.

LYFT, INC.; LOGAN GREEN; JOHN ZIMMER,

Defendants, Appellants/Cross-Appellees.

Nos. 20-1544, 20-1549, 20-1567

MELODY CUNNINGHAM, individually and on behalf of all others
similarly situated; FRUNWI MANCHO, individually and on behalf of
all others similarly situated; MARTIN EL KOUSSA,
individually and on behalf of all others similarly
situated; VLADIMIR LEONIDAS, individually and on behalf
of all others similarly situated,

Plaintiffs, Appellees/Cross-Appellants,

v.

LYFT, INC.; LOGAN GREEN; JOHN ZIMMER,

Defendants, Appellants/Cross-Appellees.

## ERRATA SHEET

The opinion of this Court issued on November 5, 2021 is amended as follows:

On page 16, line 16, "who" is replaced with "that"

On page 22, line 20, "forgoing" is replaced with "foregoing"